UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Sheree Denny,<br><br>                         Plaintiff,<br><br>    v.<br><br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br><br>                         Defendant. | CIV-04-2935-PHX-JWS<br><br>**O R D E R** |
|---|---|

At docket 27, plaintiff, who successfully appealed a decision by defendant to deny benefits, has moved for an award of $5,137.29 in attorneys' fees pursuant to 28 U.S.C. § 2412. Defendant does not oppose the award of reasonable fees, but challenges the amount requested as excessive in her response at docket 32.

The court has carefully reviewed the motion papers, including the affidavit from plaintiff's counsel and the billing summary showing the time charged by plaintiff's counsel. Defendant objects to several items for which a charge was entered on the billing summary. The first item to which defendant objects is a charge of one hour on 11/23/04. The court finds that spending one hour reviewing the decision from which an appeal might be taken, researching the bases for an appeal, and communicating with the client regarding the same is reasonable and properly compensable.

The next objection is to various charges from December 20, 2004 through June 16, 2005. The objection is that the work was essentially clerical work for which the lawyer should not be charging time. The court agrees as to one item; specifically, the court agrees that the 0.4 hour charge on 4/19/05 should be deducted.

Next, defendant objects to several entries relating to the lawyer's communications with her client during the period 12/30/04 through 5/03/06. Upon review, the court disagrees with the argument advanced by defendant. A lawyer must communicate with her client, and there is nothing unnecessary or duplicative evident in the challenged entries.

Finally, defendant contends that the time spent in preparing the summary judgment pleadings was excessive. Based on the quality of the work, the court disagrees. The time charged, 17.2 hours, was not excessive.

A total of 0.4 hours worth of time will be deducted from the requested amount. The time in 2005 was charged at the rate of $154.08/hr, so the total deduction is $61.63. The total to be awarded is therefore $5,075.66 (5,137.29 - 61.63).

The motion at docket 27 is **GRANTED** as follows: Defendant shall pay plaintiff's counsel the sum of $5,075.66 in attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 31st day of July 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE